IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAHI SARWAR,
ALIEN # A070-580-392,

    Petitioner,

vs.                                            Case No. 4:08cv242-RH/WCS

MICHAEL B. MUKASEY, et al.,

    Respondents.

_____/

# O R D E R

The *pro se* Petitioner has now filed a third amended habeas petition under § 2241. Doc. 17. Petitioner asserts he was ordered removed on June 14, 2007, and he appealed the order in July. *Id.* On or about November 19, 2007, the Bureau of Immigration Appeals affirmed the removal order and, thus, the order became final on that date. Petitioner contends that Respondents are unable to effect his removal to Pakistan, yet refuse to release him. *Id.* Petitioner is not challenging the validity of the removal order, only his indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.*

Respondents will be required to file an answer or other appropriate pleading to the petition. After receipt of a response, the Court will determine whether an evidentiary

hearing is required.[1] Petitioner shall have a limited period of time in which to file a reply, if desired, to the answer or response to the petition. After consideration of the documents filed in this case, the Court will make such disposition of the petition as justice requires pursuant to 28 U.S.C. § 2243.

Accordingly, it is

**ORDERED**:

1. The Clerk of Court shall send a copy of the third amended petition, doc. 17, and summons to the Secretary of Homeland Security **Michael Chertoff**, and to Wakulla County Sheriff **David Harvey**, Petitioner's current legal custodian, through registered or certified mail.[2]

2. The Clerk of Court shall also deliver a copy of the third amended petition, doc. 17, and summons to the United States Attorney for this District who shall have until **October 29, 2008**, in which to file an answer or similar response to the petition which shows good cause as to why the relief sought by Petitioner should not be granted.

3. Petitioner shall have until **November 28, 2008**, in which to file a reply to the answer or response filed by Respondents.

4. Petitioner shall immediately file a notice of change of address with this Court should he be released from custody, transferred to another detention facility, or otherwise re-located.

---

[1] An evidentiary hearing is not generally required and is unnecessary unless disputed evidence is submitted by the parties.

[2] Because it is unnecessary pursuant to 28 U.S.C. § 2243, and to reduce the cost for service, the petition and summons will *not* be sent to the Attorney General of the United States **Michael B. Mukasey**, the Field Director, Detention and Removal for the United States Immigration Customs Enforcement **Michael Rozos**.

Case No. 4:08cv242-RH/WCS

5.  The Clerk of Court shall return this file upon Respondents' filing of a response to the petition, or no later than October 29, 2008.

**DONE AND ORDERED** on August 28, 2008.

       s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**