# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SAHI SARWAR,

      Petitioner,

v.                                                                  CASE NO. 4:08cv242-RH/WCS

MICHAEL B. MUKASEY, et al.,

      Respondents.

_____/

## ORDER DENYING PETITION

This petition for writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation (document 29) and the objections (document 30). I have reviewed *de novo* the issues raised by the objections.

When the petitioner filed this case, he was subject to an order of removal. Immigration and Customs Enforcement was detaining the petitioner pending removal. The petitioner sought release, asserting ICE had detained him too long and that his removal was not reasonably foreseeable. More recently, however, the petitioner has been convicted in this court of willfully failing or refusing to make a

timely application in good faith for a document necessary to his departure (a Pakistani passport) or taking other action designed to prevent or hamper his departure.  *See* 8 U.S.C. § 1253(a)(1)(B) & (C).  The petitioner is serving a sentence of 92 months in the Bureau of Prisons.  He plainly is not entitled to release from custody.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "The petition for a writ of habeas corpus is DENIED."  The clerk must close the file.

SO ORDERED on February 14, 2009.

s/Robert L. Hinkle<br>Chief United States District Judge